■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARTHA MCNALLY, Also Known as MAXINE LINDSTROM, ANTHONY LICATA, WILLIAM LIVESAY, Also Known as GREGORY SMITH, MALEVY HAMBURGER, Also Known as MOLLY SMITH, Respondents. — Order unanimously affirmed for reasons stated in the memorandum decision at Special Term, Gorman, J. (Appeal from order of Supreme Court, Onondaga County, Gorman, J. — suppress evidence.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.